**Order entered October 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00850-CV

### IN THE INTEREST OF C.R.E. AND C.E., CHILDREN

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-17-0149**

## ORDER

Appellant appeals from the trial court's order terminating his parental rights. Appellant, who is indigent and allowed to proceed without advance payment of costs, has requested preparation of the reporter's record. Accordingly, we **ORDER** Linda Kaiser, Official Court Reporter of the 382nd District Court, to file the reporter's record **WITHIN TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Kaiser and all parties.

/s/    ADA BROWN
        JUSTICE